RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
704 South Ninth Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909

Attorney for Plaintiff

FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2004 JUL 16 A 9: 21

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY___MJ___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUJUAN MORRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OLYMPIA LAND CORPORATION,<br><br>　　　　Defendant. | CV-S-04-0006-RLH-LRL |

### JOINT INTERIM STATUS REPORT

Pursuant to LR 26-3, the parties, through their respective counsel of record, submit the following:

1. There are no pending motions which require the Court's attention.

2. Discovery is proceeding. The discovery deadline date is currently September 14, 2004. The deadline date for the filing of dispositive motions is October 14, 2004.

3. No extensions of the discovery period have thus far been requested. An ENE session has been scheduled for August 18, 2004, and the Plaintiff is reluctant to incur discovery expense until those settlement possibilities are explored. Should the case not settle, an extension of discovery and dispositive motions deadlines will likely be

15

necessary.

4. The Defendant has received and responded to interrogatories and requests for production of documents, and the Plaintiff is in the process of responding to the Defendant's requests. The Plaintiff has been deposed.

5. The Defendant anticipates filing a Dispositive Motion or Motion for Summary Judgement, which may effect the outcome of the case.

6. The following three alternative dates are currently available for trial: June 6, 13, or 20, 2005.

7. The time required for trial is estimated at three (3) days.

DATED this 14th day of July, 2004.

Richard Segerblom, Ltd.

RICHARD SEGERBLOM, ESQ.
704 South Ninth Street
Las Vegas, NV 89101
Attorney for Plaintiff

Quarles & Brady Streich Lang, LLP

ROBERT K JONES, ESQ.
One Renaissance Square, Two North Central Avenue
Phoenix, AZ 85004-2391
Attorney for Defendant

2