1  Jon Randall Jones, Esq.
   Nevada Bar No. 1927
2  Harrison Kemp & Jones, LLP
3  3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada  89109
4  Phone:  (702) 385-6000
5  Facsimile:  (702) 385-6001

6  Robert K. Jones, Esq. (*pro hac vice*)
   Arizona State Bar No. 016228
7  Eric B. Johnson, Esq. (*pro hac vice*)
   Arizona State Bar No. 020512
8  Quarles & Brady Streich Lang, LLP
9  One Renaissance Square
   Two North Central Avenue
10 Phoenix, Arizona  85004
11 Phone:  (602) 229-5496
   Facsimile:  (602) 229-5690

12

13 Attorneys for Defendant

14          IN THE UNITED STATES DISTRICT COURT

15              FOR THE DISTRICT OF NEVADA

16

17 JUJUAN MORRIS,

18          Plaintiff,                    CV-S-04-0006-RLH-LRL

19     vs.

20 OLYMPIA LAND CORPORATION,

21          Defendant.

22

23      **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

24      Plaintiff Jujuan Morris ("Plaintiff") and Defendant Olympia Land Corporation

25 ("Defendant") (by and through undersigned counsel), hereby stipulate and agree that any

26 and all claims by Plaintiff against Defendant be dismissed, with prejudice. with each party

27

28

QBPHX\113459.00002\1862721.1

1 | to bear its own costs and attorneys' fees.

2 | DATED this 13th day of August, 2004.

3 | Richard Segerblom, Ltd.                    HARRISON, KEMP & JONES, LLP

6 | _____          _____
Richard Segerblom , Esq.                  J. Randall Jones, Esq.
7 | 704 South Ninth Street                    Nevada Bar. No. 1927
Las Vegas, NV 89101                        3800 Howard Hughes Parkway, 17th Floor
8 | Attorney for Plaintiff                        Las Vegas, Nevada  89109

9 |                                                       and

11 |                                                      QUARLES & BRADY STREICH LANG LLP
Robert K. Jones, Esq. (*pro hac vice)*
12 |                                                     Arizona State Bar No. 016228
Eric B. Johnson, Esq. (*pro hac vice*)
13 |                                                     Arizona State Bar No. 020512
One Renaissance Square
14 |                                                     Two North Central Avenue
Phoenix, Arizona  85004
15 |                                                     Attorneys for Defendant

19 |              **IT IS SO ORDERED**

21 | _____
22 | United States District Court Judge

23 | Dated: _8/19/2004_

QBPHX\113459.00002\1862721.1                    -2-